| | |
|---|---|
| 1 | ANDREW J. GRAY IV (CA Bar No. 202137) |
| | AHREN C. HOFFMAN (CA Bar No. 250469) |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | 2 Palo Alto Square |
| 3 | 3000 El Camino Real, Suite 700 |
| | Palo Alto, CA  94306-2212 |
| 4 | Tel:  650.843.4000 |
| | Fax:  650.843.4001 |
| 5 | |
| 6 | Attorneys for Plaintiffs |
| | Con-Way Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Con-Way Inc.,

       Plaintiff,

  vs.

UPSMENLO.COM,

       Defendant.

Case No. C08 01413 JSW

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306. On April 23, 2008, I caused copies of the attached document(s) described as follows:

**COMPLAINT; SUMMONS; CIVIL COVER SHEET; DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1; UNITED STATES DISTRICT COURT GUIDELINES; SCHEDULING ORDER; ADR INFORMATION; STANDING ORDER & AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

to be served on:

UPSMENLO.COM
Domain Administrator, Internet REIT
2802 Timmons Lane, Suite 22586
Houston, Texas 77027
domaininquiry@ireit.com

☒ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

☐ (BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ (BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

☒ (BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Palo Alto, California, on April 23, 2008.

_____
Geeta Iyer

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3700473.1

CERTIFICATE OF SERVICE; CASE NO.: C08-01413 JSW