1  MORGAN, LEWIS & BOCKIUS LLP
   Andrew J. Gray IV (CA Bar No. 202137)
2  Ahren C. Hoffman (CA Bar No. 250469)
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
4  Tel:  650.843.4000
   Fax:  650.843.4001
5
   Attorneys for Plaintiffs
6  CON-WAY, INC.

7

8                     **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | CON-WAY, INC.,

12 |               Plaintiff,                | Case No. C 08-01413 JSW

13 |     vs.                                 | **PLAINTIFF CON-WAY INC.'S REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**
14 | UPSMENLO.COM,

15 |               Defendant.

16

17         Pursuant to Local Rule 16-2(d), Plaintiff Con-Way Inc. ("Con-Way") respectfully

18 requests that the Court continue the Initial Case Management Conference in this action to Friday,

19 July 25, 2008 at 1:30 p.m.  Good cause exists for this request because Con-Way is close to

20 reaching a settlement with the Registrant of the UPSMENLO.COM domain name.

21 Dated:  July 3, 2008                           MORGAN, LEWIS & BOCKIUS LLP

22

23                                               By     /s/ Ahren C. Hoffman
                                                    Andrew J. Gray
24                                                  Ahren C. Hoffman
                                                    Attorneys for Plaintiff
25                                                  CON-WAY, INC.

26

27

28

   1-PA/3714552.1                                              REQUEST TO CONTINUE CMC