1 | MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV (CA Bar No. 202137)
2 | Ahren C. Hoffman (CA Bar No. 250469)
2 Palo Alto Square
3 | 3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
4 | Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiffs
CON-WAY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CON-WAY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UPSMENLO.COM, <br><br> Defendant. | Case No. C 08-01413 JSW <br><br> **NOTICE OF DISMISSAL** |

## NOTICE OF DISMISSAL

As Defendant in this action has not yet filed an Answer, Plaintiff Con-Way Inc. hereby dismisses without prejudice Civil Action No. C 08-01413 JSW pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: July 9, 2008                             MORGAN, LEWIS & BOCKIUS LLP


By     /s/ Andrew J. Gray IV
        Andrew J. Gray IV
        Ahren C. Hoffman
        Attorneys for Plaintiff
        Con-Way, Inc.

DB2/20755264.1                                                          NOTICE OF DISMISSAL (C 08-01413)

**CERTIFICATE OF SERVICE**

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306. On July 9, 2008, I caused copies of the attached document(s) described as follows:

**NOTICE OF DISMISSAL**

to be served on:

UPSMENLO.COM
Domain Administrator, Internet REIT
2802 Timmons Lane, Suite 22586
Houston, Texas 77027
domaininquiry@ireit.com

and

John G. Brock, Esq.
Gentry, Tipton & McLemore, P.C.
900 South Gay Street, Suite 2300
Knoxville, Tennessee 37902
jgb@tennlaw.com

_____ (BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

__X__ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

_____ (BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

_____ (BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

__X__ (BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on July 9, 2008.

/s/ Colette C. Aragon
Colette C. Aragon

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

CERTIFICATE OF SERVICE (C 08-01413)